# Third District Court of Appeal

## State of Florida

Opinion filed July 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2107
Lower Tribunal No. 22-8453 CC
_____

**Wancito Francius,**
Appellant,

vs.

**Carlos Auto Rental Services, Inc., et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Chiaka Ihekwaba, Judge.

Metschlaw, P.A., and Lawrence R. Metsch, for appellant.

McDonald Senat Law, PLLC, and Louis C. Senat (North Lauderdale), for appellees.

Before LOGUE, C.J., and FERNANDEZ, and LINDSEY, JJ.

PER CURIAM.

After a non-jury trial was held, the trial court entered judgment in favor of the Appellees (Plaintiffs below) in the amount of $25,000.00, finding that, based on the greater weight of the evidence, the payment was a loan and that the Appellants (Defendants below) failed to repay the loan as agreed between the parties. There is no transcript of the non-jury trial. As such, we are constrained to affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error."); Horatio Enters., Inc. v. Rabin, 614 So. 2d 555, 556 (Fla. 3d DCA 1993) ("The rulings of a trial court arrive in appellate courts with the presumption of correctness and appellate courts must interpret the evidence in a manner most favorable to sustain the trial court's rulings."); Hernandez v. Vidal, 354 So. 3d 632, 633 (Fla. 3d DCA 2023) ("The findings of a trial court come to an appellate court clothed with a presumption of correctness.").

Affirmed.